UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRISTIAN TORRES,

    Plaintiff,

-vs-                                    CASE NO. 1:19-cv-20803-RNS

CARNIVAL CORPORATION,
a Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN that Plaintiff, Christian Torres, appeals to the United States Court of Appeals for the Eleventh Circuit from this Honorable Court's Order Dismissing Complaint entered March 22, 2019 (Document 10).

    I HEREBY CERTIFY that on the 15th day of April, 2019, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the **CM/ECF System** system which will automatically electronically furnish a copy to: Valentina M. Tejera, Esquire [vtejera@carnival.com].

                                                      DELLECKER WILSON KING
                                                      MCKENNA RUFFIER & SOS
                                                      A Limited Liability Partnership

                                                      _____
                                                      William E. Ruffier, Esquire
                                                      Florida Bar No. 0603872
                                                      719 VASSAR STREET
                                                      ORLANDO, FL 32804-4920
                                                      (407) 244-3000
                                                      Attorney for Plaintiff
                                                      WEReservice@dwklaw.com